**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Complaint has been served on all Counsel by electronically uploading the Same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of May, 2016.

*/s/ William B. Price*
William B. Price